UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center,<br><br>Plaintiffs,<br><br>v.<br><br>Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, *in her official capacity*,<br><br>Defendant. | Court File No. 0:25-cv-00492 (JRT/ECW)<br><br>**NOTICE OF HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

---

PLEASE TAKE NOTICE that on a day and time to be determined by the Court, before United States Judge John R. Tunheim, United States District Courthouse, 300 South Fourth Street Minneapolis, MN 55415, Plaintiffs NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, and NUWAY Duluth Counseling Center will move for a temporary restraining order and expedited preliminary injunction under Federal Rule of Civil Procedure 65.

Dated: February 8, 2025
/s/ Manda M. Sertich
Manda M. Sertich (#0504328)
Rachel L. Dougherty (#0399947)
FREDRIKSON & BYRON, P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
msertich@fredlaw.com
rdougherty@fredlaw.com

***Attorneys for Plaintiffs***