# Exhibit A





View this content online

# Housing, treatment help for clients affected by service disruptions

## For those experiencing housing crisis

### Ramsey County Housing Supports Services Resources

- Online: https://www.ramseycounty.us/residents/assistance-support/assistance/housing-services-support
- Call the emergency shelter and services at: 651-266-1050.

### Hennepin County Housing Support Services Resources

- **People at imminent risk for homelessness upon losing their current housing:**
    - **All Populations.** Family Homelessness Prevention Assistance Programs: visit Hennepin Emergency Programs website (https://www.hennepin.us/residents/human-services/emergency-assistance#homeless-prevention-resources) and select a provider serving Hennepin County.
    - **Youth (up to age 24).** Youth Services Network: visit Youth Services Network (ysnmn.org)
- **People at risk for eviction seeking assistance to stay in their current housing:**
    - Hennepin County Tenant Resource Connections: leave a voice mail at 612-767-9737, e-mail housing.assistance.triage@hennepin.us, or visit Tenant Resource Connections (trchennepin.com).
- **People seeking general information about and referrals to Hennepin County Resources:**
    - Hennepin County Information Line: call 612-348-3000 to connect with resources.

### St. Louis County Housing Supports Services Resources

- Online: St. Louis County Housing Resources (https://www.stlouiscountymn.gov/departments-a-z/public-health-human-services/housing-and-homelessness-programs)
- The St. Louis County triage social worker serves as a point of contact for difficult or extra challenging situations. Contact them at 218-471-7391.

## Olmsted County Housing Supports Services Resources

- Online: [Olmsted County Housing Resources (https://www.olmstedcounty.gov/residents/services-individuals-families/housing)](https://www.olmstedcounty.gov/residents/services-individuals-families/housing)
- Those experiencing homelessness and are in need of assistance in Olmsted County are encouraged to contact 507-328-7175 or housingstability@olmstedcounty.gov.

## Blue Earth County Housing Supports Services Resources

- Online: [Blue Earth County Homelessness Prevention Resources (https://www.blueearthcountymn.gov/1462/Homelessness-Prevention)](https://www.blueearthcountymn.gov/1462/Homelessness-Prevention)
- Single adults over 24 can access the Coordinated Entry System by calling 507-344-9266 (Salvation Army) or 507-345-6822 (MVAC). Unaccompanied youth 24 and under can access the Coordinated Entry System by calling 507-381-6670 (The REACH).

## Stearns County Housing Supports Services Resources

- Online: [Stearns County Housing Options (https://www.stearnscountymn.gov/738/Housing-Options)](https://www.stearnscountymn.gov/738/Housing-Options)
- Phone: 320-656-6000 or 7-1-1 (MN Relay Service) or your preferred relay service

# Other Housing Resources

- **Veterans Community Resource Referral Center**
    - Online: [Community Resource and Referral Centers - VA Homeless Programs (https://www.va.gov/homeless/crrc.asp)](https://www.va.gov/homeless/crrc.asp)
    - Call 612-313-3240
- **Minnesota Housing Benefits 101 an online resource to explore housing benefits in Minnesota.**
    - Online: [HB101 Minnesota (https://mn.hb101.org/)](https://mn.hb101.org/)
- **HousingLink**, Minnesota's primary source for affordable housing-related openings, data, information, and resources.
    - Online: [HousingLink (https://www.housinglink.org/AboutUs/Story)](https://www.housinglink.org/AboutUs/Story)
- **United Way 211 provides resources online, on the phone, and through text.**
    - Online: [https://211unitedway.org/](https://211unitedway.org/).
- **Home Line**, a nonprofit Minnesota tenant advocacy organization
    - Online: [Free Legal Help for Renters — HOME Line (homelinemn.org)](https://homelinemn.org)

# For those needing substance use disorder (SUD) treatment

## General SUD Resources

- **FastTrackerMN.org**, an active behavioral health search tool providing access to available treatment options. Visit FastTrackerMN (https://fasttrackermn.org/).
- **The Minnesota Alliance for Recovery Community Organizations (MARCO)** has an online tool to connect to a recovery community and resources in your area.
    - Connect With An RCO – MARCO (marcomn.org)

## Department of Human Services (DHS) Resources

- **The DHS Licensing Information Lookup** to find an alternative licensed provider in your area.
    - Online: DHS Licensing lookup (https://licensinglookup.dhs.state.mn.us/)
- **The DHS SUD Get Help** webpage for information on assessment and treatment services.
    - Online: Get help for alcohol and drug use problems (https://mn.gov/dhs/people-we-serve/seniors/health-care/alcohol-drugs-addictions/get-help/)

## Managed Care Organization Enrollees

If enrolled in a Managed Care Organization reach out to your health care plan at Health plan member services phone numbers (https://mn.gov/dhs/people-we-serve/adults/health-care/health-care-programs/contact-us/health-plan-contacts.jsp) for alternative treatment providers.

 For accessible formats of this information or assistance with additional equal access to human services, email us at dhs.info@state.mn.us, call 651-431-2460, or use your preferred relay service.   ADA1 (3-24)