UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center,<br><br>    Plaintiffs,<br>v.<br><br>Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, *in her official capacity*,<br><br>    Defendant. | Court File No. 0:25-cv-00492 (JRT/ECW)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Plaintiffs, in connection with their Motion for a Temporary Restraining Order and Preliminary Injunction, filed a Sealed Declaration of N.S., Docket. No. 10, in support of their Motion, which contains sensitive personal health information. Plaintiffs now file this Statement Instead of Redacted Document because the Sealed Declaration of N.S. is entirely confidential.

Dated: February 8, 2025

/s/ *Manda M. Sertich*
Manda M. Sertich (#0504328)
Rachel L. Dougherty (#0399947)
FREDRIKSON & BYRON, P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
msertich@fredlaw.com
rdougherty@fredlaw.com

_____
*Attorneys for Plaintiff*