UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NUWAY Alliance, NUWAY House, Inc., <br> 3 Rs NUWAY Counseling Center, <br> NUWAY Saint Cloud Counseling Center, <br> NUWAY University Counseling Center, <br> NUWAY Rochester Counseling Center, <br> 2118 NUWAY Counseling Center, <br> NUWAY Mankato Counseling Center, <br> NUWAY Duluth Counseling Center, <br><br> Plaintiffs, <br><br> v. <br><br> Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, *in her official capacity*, <br><br> Defendant. | Court File No. 0:25-cv-00492 <br> (JRT/ECW) <br><br><br> **LR 7.1(f) WORD COUNT** <br> **CERTIFICATE OF COMPLIANCE** |

I, Manda Sertich, certify that Plaintiffs' Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of this brief is 10,885 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1.

Dated:  February 7, 2025

*/s/ Manda M. Sertich*
Manda M. Sertich (#0504328)
Rachel L. Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
msertich@fredlaw.com
rdougherty@fredlaw.com

***Attorneys for Plaintiffs***