UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center, | Court File No. 0:25-cv-00492 (JRT/ECW) |
| Plaintiffs, | **MEET AND CONFER STATEMENT** |
| v. | |
| Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, *in her official capacity*, | |
| Defendant. | |

---

I, Manda M. Sertich, representing Plaintiffs, hereby certify that counsel for Plaintiffs conferred with counsel for Defendant, Assistant Attorney General Scott Ikeda and Assistant Attorney General Benjamin Johnson of the Office of the Minnesota Attorney General, on February 7, 2025, regarding Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. The parties did not agree on the resolution of the motion.

Dated: February 8, 2025          */s/ Manda M. Sertich*
Manda M. Sertich (#0504328)
Rachel L. Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
msertich@fredlaw.com
rdougherty@fredlaw.com

***Attorneys for Plaintiffs***