| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| NUWAY Alliance, et al. | Court File Number |
| Plaintiff, | 0:25-cv-00492-JRT-ECW |
| v. | |
| Shireen Gandhi | |
| Defendant, | Affidavit of Service |

State of Minnesota  )
County of Hennepin  )

I, Mark Miller, state that on Friday, February 7, 2025 at 4:55 PM I served the Summons & Complaint and Request for Declaratory and Injunctive Relief upon Minnesota Attorney General, therein named, personally at Suite 1400, 445 Minnesota Street, Saint Paul, MN 55101, by handing to and leaving with Matt Ferche, Assistant Attorney General, an Expressly Authorized agent of said Minnesota Attorney General, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 2/10/2025    _____
Mark Miller, Process Server



METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 077326.0019

-1-