*NUWAY, et al.*

*vs.*

*Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi*

U.S.D.C. No. 25-CV-00492 (JRT/ECW)

DECLARATION OF
JENNIFER SATHER

# EXHIBIT 1



February 5, 2024

Kenneth Lewis Roberts
Nuway House, Inc.
2217 Nicollet Ave.
Minneapolis, MN 55404

License Numbers impacted:
Nuway 4615, License No. 1100555
3 Rs Nuway Counseling Center, License No. 810990
Nuway Mankato Counseling Center, License No. 1108536
Nuway House, Inc., License No. 1066337
Nuway St. Cloud Counseling Center, License No. 1108449
Nuway Rochester Counseling Center, License No. 1099533
Nuway 1246, License No. 1098340

Dear Kenneth Lewis Roberts:

As explained in notices of agency action (NOAA) from Minnesota Department of Human Services, Office of Inspector General – Program Integrity and Oversight Division, dated December 5, 2024 (which replaced the previous NOAAs that had been issued on February 29, 2024, and again on June 13, 2024), the programs referenced above will no longer receive payments as of February 21, 2025.

Although the programs will no longer receive payments, this does not directly impact your license. The programs may continue to operate. If you choose to continue operating the programs, you must comply with all applicable Minnesota licensing rules and statutes.

During the February 4, 2025, meeting with DHS Licensing and the Behavioral Health Administration (BHA), you indicated that you will likely cease operations of the Intensive Outpatient Treatment programs (245G non-residential substance use disorder license programs) following the implementation of the payment withhold. You indicated it required a board vote to make the official decision. You also guaranteed that you would comply with Minnesota Statute, section 245A.04, subdivision 15a and provide the required 25-day discharge notice for clients, including information on how to access their records. Regarding client access to housing, DHS requested you provide a list of current clients who receive housing services in conjunction with Intensive Outpatient Treatment programs from Nuway so DHS could assist in helping provide housing resources to impacted clients. During the meeting, you did not commit to providing this list.

As discussed in the meeting, DHS requests the following:
- If you decide to cease operating your programs, provide notice to the Department of Human Services, Licensing Division at least 25 days prior to the closure. The notice may be provided to Maura McGarry, Substance Use Disorder Supervisor, (651) 431-6671.
- Provide a copy of the attached document "Housing, treatment help for clients affected by service disruptions" to each client upon discharge to assist with transfer to another provider or county agency for continuation of services.
- Provide a list to Amelia Fink, BHA of current clients receiving housing services in conjunction with their treatment services. This is to assist in helping provide housing resources to clients who may be impacted or at risk of losing their housing. If Nuway chooses not to provide this list, DHS requests Nuway provides information on the counties of residence for these clients so DHS can work with counties to prepare to meet the need of individuals needing housing in those areas.



- If you seek to convert any non-residential to residential SUD treatment programs under Minnesota Statute, Chapter 245G, contact Maura Mc Garry, Substance Use Disorder Supervisor, (651) 431-6671.

If you have questions about resources for clients, you may contact the Behavioral Health Division at Amelia Fink, Substance Use Disorder Clinical Policy Supervisor at 651-529-5329.

If you have questions regarding this letter, you may contact Paula Halverson, Mental Health/Substance Use Disorder/Children's Residential Facility (MH/SUD/CRF) Unit Manager at 651-431-5653.

Sincerely,

Paula Halverson, MH/SUD/CRF Unit Manager
DHS Licensing
Office of Inspector General

cc: David Glaser, Counsel for Nuway House, Inc.




View this content online

# Housing, treatment help for clients affected by service disruptions

## For those experiencing housing crisis

### Ramsey County Housing Supports Services Resources

- Online: https://www.ramseycounty.us/residents/assistance-support/assistance/housing-services-support
- Call the emergency shelter and services at: 651-266-1050.

### Hennepin County Housing Support Services Resources

- **People at imminent risk for homelessness upon losing their current housing:**
    - **All Populations.** Family Homelessness Prevention Assistance Programs: visit Hennepin Emergency Programs website (https://www.hennepin.us/residents/human-services/emergency-assistance#homeless-prevention-resources) and select a provider serving Hennepin County.
    - **Youth (up to age 24).** Youth Services Network: visit Youth Services Network (ysnmn.org)
- **People at risk for eviction seeking assistance to stay in their current housing:**
    - Hennepin County Tenant Resource Connections: leave a voice mail at 612-767-9737, e-mail housing.assistance.triage@hennepin.us, or visit Tenant Resource Connections (trchennepin.com).
- **People seeking general information about and referrals to Hennepin County Resources:**
    - Hennepin County Information Line: call 612-348-3000 to connect with resources.

### St. Louis County Housing Supports Services Resources

- Online: St. Louis County Housing Resources (https://www.stlouiscountymn.gov/departments-a-z/public-health-human-services/housing-and-homelessness-programs)
- The St. Louis County triage social worker serves as a point of contact for difficult or extra challenging situations. Contact them at 218-471-7391.

## Olmsted County Housing Supports Services Resources

- Online: [Olmsted County Housing Resources (https://www.olmstedcounty.gov/residents/services-individuals-families/housing)](https://www.olmstedcounty.gov/residents/services-individuals-families/housing)
- Those experiencing homelessness and are in need of assistance in Olmsted County are encouraged to contact 507-328-7175 or housingstability@olmstedcounty.gov.

## Blue Earth County Housing Supports Services Resources

- Online: [Blue Earth County Homelessness Prevention Resources (https://www.blueearthcountymn.gov/1462/Homelessness-Prevention)](https://www.blueearthcountymn.gov/1462/Homelessness-Prevention)
- Single adults over 24 can access the Coordinated Entry System by calling 507-344-9266 (Salvation Army) or 507-345-6822 (MVAC). Unaccompanied youth 24 and under can access the Coordinated Entry System by calling 507-381-6670 (The REACH).

## Stearns County Housing Supports Services Resources

- Online: [Stearns County Housing Options (https://www.stearnscountymn.gov/738/Housing-Options)](https://www.stearnscountymn.gov/738/Housing-Options)
- Phone: 320-656-6000 or 7-1-1 (MN Relay Service) or your preferred relay service

# Other Housing Resources

- **Veterans Community Resource Referral Center**
  - Online: [Community Resource and Referral Centers - VA Homeless Programs (https://www.va.gov/homeless/crrc.asp)](https://www.va.gov/homeless/crrc.asp)
  - Call 612-313-3240
- **Minnesota Housing Benefits 101 an online resource to explore housing benefits in Minnesota.**
  - Online: [HB101 Minnesota (https://mn.hb101.org/)](https://mn.hb101.org/)
- **HousingLink**, Minnesota's primary source for affordable housing-related openings, data, information, and resources.
  - Online: [HousingLink (https://www.housinglink.org/AboutUs/Story)](https://www.housinglink.org/AboutUs/Story)
- **United Way 211 provides resources online, on the phone, and through text.**
  - Online: [https://211unitedway.org/](https://211unitedway.org/).
- **Home Line**, a nonprofit Minnesota tenant advocacy organization
  - Online: [Free Legal Help for Renters — HOME Line (homelinemn.org)](https://homelinemn.org)

# For those needing substance use disorder (SUD) treatment

## General SUD Resources

- **FastTrackerMN.org**, an active behavioral health search tool providing access to available treatment options. Visit FastTrackerMN (https://fasttrackermn.org/).
- **The Minnesota Alliance for Recovery Community Organizations (MARCO)** has an online tool to connect to a recovery community and resources in your area.
  - Connect With An RCO – MARCO (marcomn.org)

## Department of Human Services (DHS) Resources

- **The DHS Licensing Information Lookup** to find an alternative licensed provider in your area.
  - Online: DHS Licensing lookup (https://licensinglookup.dhs.state.mn.us/)
- **The DHS SUD Get Help** webpage for information on assessment and treatment services.
  - Online: Get help for alcohol and drug use problems (https://mn.gov/dhs/people-we-serve/seniors/health-care/alcohol-drugs-addictions/get-help/)

## Managed Care Organization Enrollees

If enrolled in a Managed Care Organization reach out to your health care plan at Health plan member services phone numbers (https://mn.gov/dhs/people-we-serve/adults/health-care/health-care-programs/contact-us/health-plan-contacts.jsp) for alternative treatment providers.

 For accessible formats of this information or assistance with additional equal access to human services, email us at dhs.info@state.mn.us, call 651-431-2460, or use your preferred relay service.  ADA1 (3-24)