UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| NUWAY, Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center, | Civil File No. 25-CV-00492 (JRT/ECW) |

Plaintiffs,

vs.

Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, in her official capacity,

Defendant.

**LR 7.1(f) AND (h) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

I, Benjamin C. Johnson, certify that the:

☒ Memorandum titled: Defendant's Memorandum of Law in Support of Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint complies with Local Rules 7.1(f) and (h).

☒ I further certify that, in preparation of this document, I used Microsoft Word for Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

☒    I further certify that the above document contains 590 words.

Dated:  February 26, 2025

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Benjamin C. Johnson**
BENJAMIN C. JOHNSON
Assistant Attorney General
Atty. Reg. No. 0391482

SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 757-1035 (Voice)
(651) 282-5832 (Fax)
benjamin.johnson@ag.state.mn.us
scott.ikeda@ag.state.mn.us

*Attorneys For Defendant,*
*In Her Official Capacity*

|#6013654-v1

2