UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| NUWAY, Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center,<br><br>                Plaintiffs,<br><br>vs.<br><br>Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, in her official capacity,<br><br>                Defendant. | Civil File No. 25-CV-00492 (JRT/ECW)<br><br><br><br>**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

The above-captioned matter was submitted to this Court upon Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint filed on behalf of Defendant. Based upon all files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. That Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint is in all respects **GRANTED**;

2

2. Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint is extended to 21 days after Plaintiffs serve their Amended Complaint.

BY THE COURT:

Dated: _____      _____
ELIZABETH COWAN WRIGHT
United States Magistrate Judge