UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, NUWAY Duluth Counseling Center,<br><br>            Plaintiffs,<br>    v.<br><br>Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi, *in her official capacity*,<br><br>            Defendant. | Case No. 25-cv-492 (JRT/ECW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs NUWAY Alliance, NUWAY House, Inc., 3 Rs NUWAY Counseling Center, NUWAY Saint Cloud Counseling Center, NUWAY University Counseling Center, NUWAY Rochester Counseling Center, 2118 NUWAY Counseling Center, NUWAY Mankato Counseling Center, and NUWAY Duluth Counseling Center hereby dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dismissal under Rule 41.01(a)(1)(A)(i) is appropriate because Defendant has not served an answer or a motion for summary judgment.

|  |  |
|---|---|
| Dated: April 16, 2025 | *s/ Rachel L. Dougherty* <br> Manda M. Sertich (#0504328) <br> Rachel L. Dougherty (#0399947) <br> **FREDRIKSON & BYRON, P.A.** <br> 60 South Sixth Street, Suite 1500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 492-7000 <br> msertich@fredlaw.com <br> rdougherty@fredlaw.com <br> <br> ***Attorneys for Plaintiffs*** |